IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Huge Page, Jr., | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:09cv599 |
| | : Chief Judge Susan J. Dlott |
| Correctional Officer Howard, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on September 7, 2010 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 27, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' Motion to Dismiss (Doc. 11) is **GRANTED.**

Plaintiff's complaint is **DISMISSED** and **TERMINATED** upon the Court's docket.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Court's Order will not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

_____
Chief Judge Susan J. Dlott
United States District Court